# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| JIM HARRIS JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:16-CV-00083-SNLJ |
| | ) | |
| NINA HILL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon the filing of plaintiff's "Sworn Affidavit in Support of Plaintiff's Claim."

Although plaintiff has filed over twenty-five (25) pages in support of his claims in this action, he has not filed a complaint setting forth the actual defendants he wishes to bring his claims against, as well as the claims he wishes to bring against each defendant. Plaintiff has also not set forth a jurisdictional basis for bringing the present action, nor has he indicated the relief he seeks in a plain statement. Accordingly, this Court will require plaintiff to amend his complaint on a Court-provided form. *See* Local Rule 2.06(A). Additionally, because plaintiff has neither paid the filing fee nor submitted a motion to proceed in forma pauperis along with a prison account statement, *see* 28 U.S.C. § 1915(a), he will be required to submit these documents prior to pursuing his case against defendants in this Court.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall mail to plaintiff a copy of the Court's form Prisoner Civil Rights Complaint.

**IT IS FURTHER ORDERED** that the Clerk shall mail to plaintiff a copy of the Court's Motion to Proceed in Forma Pauperis - Prisoner Cases.

**IT IS FURTHER ORDERED** that plaintiff shall file an amended complaint on the Court-provided form within (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that plaintiff shall either pay the $400 filing fee or submit a motion to proceed in forma pauperis within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff submits a motion to proceed in forma pauperis, he must also submit a certified copy of his prison account statement for the six month period immediately preceding the filing of his complaint.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the court will dismiss this action without prejudice. If the case is dismissed, the dismissal will not constitute a "strike" under 28 U.S.C. § 1915(g).

Dated this 19th day of April, 2016.

_____
**STEPHEN N. LIMBAUGH, JR.**
**UNITED STATES DISTRICT JUDGE**