UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JIM HARRIS, | ) |
|       Plaintiff, | ) |
| v. | )  No. 1:16-CV-00083 SNLJ |
| NINA HILL, et al. | ) |
|       Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal. The Eighth Circuit Court of Appeals found that plaintiff has accumulated more than three "strikes" pursuant to 28 U.S.C. § 1915(g),[1] and he does not qualify for the imminent danger exception in this action. Therefore, plaintiff may not proceed in forma pauperis on appeal. *See Harris v. Hill*, No. 18-3008 (8th Cir. 2019). The motion will therefore be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal [ECF No. 133] is **DENIED**.

**IT IS FURTHER ORDERED** that within thirty (30) days from the date of this Order, plaintiff shall pay to this Court the full $505.00 filing fee for filing an appeal. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison identification number; (3) the case number; and (4) that the remittance is for the appeal of the instant action.

---

[1] *See Harris v. Russell*, No. 4:13-CV-891-TCM; *Harris v. Russell*, No. 4:13-CV-317-JAR (E.D. Mo.); *Harris v. Dodson*, No. 1:12-CV-196-SNLJ; *Harris v. Pemiscot County Sheriff's Dep't*, No. 1:10-CV-151-RWS.

**IT IS FURTHER ORDERED** that plaintiff shall file any future documents or pleadings in connection with his appeal directly with the United States Court of Appeals for the Eighth Circuit.

Dated this 24th day of January, 2024.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE